# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 2088,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:05-cv-447-Orl-22DAB**

**COMPUTER SCIENCES RAYTHEON,**

**Defendant.**

_____

## ORDER

This cause is before the Court on IBEW Local 2088's Motion for Summary Judgment (Doc. No. 17), and on Computer Sciences Raytheon's Motion for Summary Judgment (Doc. No. 18).

The United States Magistrate Judge has submitted a Report recommending that IBEW Local 2088's Motion be denied, and that Computer Sciences Raytheon's Motion be granted..

After an independent *de novo* review of the record in this matter, including the objection filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Plaintiff's objection is **OVERRULED**.

2.      The Report and Recommendation filed March 21, 2006 (Doc. No. 23) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

3.      IBEW Local 2088's Motion for Summary Judgment (Doc. No. 17) is **DENIED**.

4.      Computer Sciences Raytheon's Motion for Summary Judgment (Doc. No. 18) is

**GRANTED**.

5.      The Clerk is directed to enter a judgment providing that the Plaintiff take nothing,

and that the Defendant Computer Sciences Raytheon recover of the Plaintiff International

Brotherhood of Electrical Workers  Local 2088 its costs of action.

6.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 10, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record