# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**INTERNATIONAL BROTHERHOOD OF**
**ELECTRICAL WORKERS LOCAL 2088,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-447-Orl-22DAB**

**COMPUTER SCIENCES RAYTHEON,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S UNOPPOSED MOTION TO TAX COSTS (Doc. No. 32)**
>
> **FILED:** May 30, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Entitlement to costs was determined in the previously entered order and judgment (Doc. Nos. 30, 31). Costs are to be taxed by the Clerk upon timely[1] presentation of a bill of costs (Fed. R. Civ. P. 54(d)(1)). Costs thus taxed may be reviewed by motion by any party. Accordingly, the motion is denied without prejudice to the Clerk's taxing of Movant's bill of costs (filed separately as Doc. No. 33) in accordance with Federal Rule of Civil Procedure 54.

---

[1] The Bill of Costs was filed 19 days after entry of judgment, contrary to the requirements of Local Rule 4.18.

**DONE** and **ORDERED** in Orlando, Florida on May 31, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record